# MEMORANDUM DECISIONS

Ex parte DECKER. (Court of Criminal Appeals of Texas. June 19, 1912.) Appeal from District Court, Madison County; S. W. Dean, Judge. Habeas corpus on relation of Dick Decker. From an order remanding relator to custody, he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant being under arrest, charged with the murder of Clarence Jones, he sued out a writ of habeas corpus before Hon. S. W. Dean, Judge of the District Court. After hearing the evidence, relator was remanded to the custody of the sheriff. After carefully reading the record, we are of the opinion it presents no error. The judgment is affirmed.

DAVIDSON, P. J., not sitting.

GARCIA v. STATE. (Court of Criminal Appeals of Texas. June 28, 1912.) Appeal from District Court, Cameron County; W. B. Hopkins, Judge. Juan Garcia was convicted of perjury, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of perjury; his punishment being assessed at two years' confinement in the penitentiary. The record is before us without a statement of facts or bills of exception. The indictment, we think, is sufficient to charge the offense of perjury. There being no error alleged that can be reviewed in the absence of bills of exception and statement of facts, the judgment is affirmed.

GRIFFIN v. STATE. (Court of Criminal Appeals of Texas. June 5, 1912.) Appeal from Johnson County Court; J. B. Haynes, Judge. Lin Griffin was convicted of carrying a pistol, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of carrying a pistol in violation of the statute. The motion for new trial contains but two grounds: First, the judgment of conviction is contrary to the law; and, second, that it is contrary to and unsupported by the evidence. The evidence is not in the record. Therefore those matters cannot be revised. The judgment is affirmed.

HARRIS v. STATE. (Court of Criminal Appeals of Texas. June 5, 1912.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Andrew Harris was convicted of burglary, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted, tried, and convicted of the offense of burglary, and his punishment assessed at two years' confinement in the state penitentiary. In the record there is neither a statement of facts nor bills of exception. Consequently we cannot review the alleged errors in the motion for a new trial; and, as the charge submits the offense charged in the indictment, the judgment is affirmed.